**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-1549**

---

In re:  THOMAS ANTHONY HAMMOND,

      Petitioner.

---

On Petition for Writ of Mandamus to the United States District Court for the Western District of North Carolina, at Charlotte.  (3:17-cr-00044-RJC-DSC-1)

---

Submitted:  September 25, 2025                    Decided:  October 9, 2025

---

Before AGEE and RICHARDSON, Circuit Judges, and KEENAN, Senior Circuit Judge.

---

Petition denied by unpublished per curiam opinion.

---

Thomas Anthony Hammond, Petitioner Pro Se

---

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Thomas Anthony Hammond petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his motion for compassionate release. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court denied his motion on September 22, 2025. Accordingly, because the district court has recently ruled on Hammond's motion, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*